UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DANIELLE R. GOINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. SPEER, acting Secretary of )<br>the Army, and DEPARTMENT OF THE )<br>ARMY, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:16-CV-48-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the government's motion to dismiss [D.E. 10] and DENIES as futile Goins's motion to amend her complaint [D.E. 18].

**This Judgment Filed and Entered on August 14, 2017, and Copies To:**

| | |
|---|---|
| James L. Epperson | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK

August 14, 2017                 (By) /s/ Nicole Briggeman
                                            Deputy Clerk